**FILED**

JUN 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8530 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |
| Cristian LUNA, ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about November 27, 2006, within the Southern District of California, defendant Cristian LUNA, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th DAY OF JUNE 2008.

_____
ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
    v.
Cristian LUNA

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Immigration Enforcement Agent Gary Buchanan.

On November 27, 2006, the defendant, identified as Cristian LUNA, was arrested in San Diego, California, by the San Diego Sheriff's Office, for trespassing in violation of PC-602(K)(1). Immigration Enforcement Agent Kevin Welch subsequently encountered the defendant in custody at the San Diego County Jail and placed an immigration detainer on Form I-247.

On June 12, 2008, at approximately 10:30 a.m., the defendant was referred to the custody of United States Immigration and Customs Enforcement in Imperial, California. LUNA was arrested and taken to the Imperial Valley Immigration and Customs Enforcement office for processing.

Record checks of LUNA revealed that he was previously ordered deported to Mexico by an Immigration Judge on January 17, 2006. On January 17, 2006, LUNA was removed to Mexico via the San Ysidro, California Port of Entry. Further record checks revealed that LUNA has a criminal record.

There is no evidence that LUNA ever sought or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, for permission to re-enter the United States.

Based upon the foregoing information, there is probable cause to believe that Cristian LUNA has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.