1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile:  (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Defendant Mr. Luna

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No.  07MJ8530
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 **CRISTIAN LUNA,**                )
                                    )
15         Defendant.                )
                                    )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                           Respectfully submitted,

21 Dated: June 16, 2008                      *s/ Ellis M. Johnston, III*
                                             Federal Defenders of San Diego, Inc.
22                                           Attorneys for Defendant
                                             ellis_johnston@fd.org
23

24

25

26

27

28

1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Mr. Luna

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No. 08mj8530
                                  )
12         Plaintiff,              )
                                  )
13 v.                              )   **PROOF OF SERVICE**
                                  )
14 **CRISTIAN LUNA**,              )
                                  )
15         Defendant.              )
                                  )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20     **Assistant United States Attorney**
       efile.dkt.gc1@usdoj.gov,
21
                                            *s/ Ellis M. Johnston, III*
22 Dated: June 16, 2008                      **ELLIS M. JOHNSTON III**
                                            Federal Defenders of San Diego, Inc.
23                                          ellis_johnston@fd.org

24

25

26

27

28