```
                                         FILED
                                       JUL 10 2008
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY  EF              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2281-LAB |
|            Plaintiff, ) | I N F O R M A T I O N |
|   v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| CRISTIAN LUNA, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
|            Defendant. ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about March 15, 2006, within the Southern District of California, defendant CRISTIAN LUNA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:Imperial
7/10/08

1 | Count 2

2    On or about June 12, 2008, within the Southern District of
3 California, defendant CRISTIAN LUNA, being an alien, unlawfully
4 entered or attempted to enter the United States at a time and place
5 other than as designated by immigration officers, and eluded
6 examination and inspection by immigration officers, and attempted to
7 enter or obtained entry to the United States by a willfully false or
8 misleading representation or the willful concealment of a material
9 fact and previously committed the offense of illegal entry, as alleged
10 in Count 1; all in violation of Title 8, United States Code,
11 Section 1325, a felony.

12    DATED: July 10, 2008.

                                  KAREN P. HEWITT
                                  United States Attorney

                                  [signature]

                                  CALEB E. MASON
                                  Assistant U.S. Attorney