JUN. 25. 2008  3:50PM     US ATTORNEY (RECORDS)                    NO. 4968   P. 7

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUL 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| CRISTIAN LUNA | CASE NUMBER: 08CR2281-LAB |

I, CRISTIAN LUNA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
        Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer