**FILED**

AUG 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CRISTIAN LUNA,<br><br>        Defendant. | Criminal Case No. 08CR2281-LAB <br>SUPERSEDING<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges: *Per defense counsel E. Johnson*

**Count 1**

On or about ~~March 15, 2006~~ Dec. 25, 2007 8-26-08, within the Southern District of California, defendant CRISTIAN LUNA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:Imperial
7/10/08

*Per defense counsel E. Johnson 8-26-08 GT*

## Count 2

On or about ~~June 12, 2008~~ *March 15 2006*, within the Southern District of California, defendant CRISTIAN LUNA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/26/08

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

2